IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:01-CR-224-1H

LAMONT DARRELL CARTER,          )
    Petitioner,              )
                             )          **ORDER**
    v.                       )      **NUNC PRO TUNC**
                             )
UNITED STATES OF AMERICA,       )
    Respondent.              )


    This matter is before the court on petitioner's letters, [DE #40 Letter; DE #41 Letter; DE #45 Letter; DE #46 Letter; DE #47 Letter; DE #48 Letter; DE #49 Letter], which specific letter, [DE #40], the court construes as a motion to run his 24-month federal revocation sentence concurrently with his state sentences, retroactively effective to the date his federal sentence was imposed on March 4, 2008.

    Pursuant to 18 U.S.C. § 3584(b), "[t]he court, in determining whether the terms imposed are to be ordered to run concurrently or consecutively, shall consider, as to each offense for which a term of imprisonment is being imposed, the factors set forth in section 3553(a)." Pursuant to 18 U.S.C. § 3553(a), the court finds due to the circumstances of the defendant including his health concerns and number of hours he has participated in coursework while in prison, his motion to run his federal sentence concurrently

retroactively to the court's judgment date of March 4, 2008 is

GRANTED.

      This 23rd day of November 2020.

                                               _____

                                             Malcolm J. Howard
                                             Senior United States District Judge

At Greenville, NC
#35